# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

**VICKY SYMONS**

Debtor(s)

Case #:  **14-07070**
Chapter 13
Hon. **JOHN T. GREGG**
Filed: **NOVEMBER 7, 2014**

# CHAPTER 13 PLAN

(  ) Original or ( x ) Amendment No.: 2 ( x ) Pre-Confirmation (  ) Post- Confirmation

### III.   DISBURSEMENTS

#### C.   SECURED CREDITORS

##### 1.   Real Property:

**a. Residential:** Post-Petition Mortgage Payments and Pre-Petition Arrears.  The following is the street address and the tax ID parcel # for the Debtor's residential real property:

Property # 1 **1843 Stirling Ave, Lansing, MI 48910**,   Property # 2 _____

| Creditor Name | Trustee Pay (Y/N) | Monthly Payment Amt. | Estimated Arrearage[1] | Taxes & insurance escrowed with lender? Y/N |
|---|---|---|---|---|
| #1 Bank of America | y | $769.22 | $11,334.87 | Y |
| #2 | | | | |

Date:   March 2, 2015                                    /s/ Vicky Symons
                                                         Vicky Symons, Debtor

Date:   March 2, 2015                                    /s/ Dennis Barrett
                                                         Dennis Barrett, Counsel for the Debtor

---

[1] The pre-petition arrearage is an estimate and the Trustee shall pay the pre-petition arrears based on the claim as filed by the Creditor.  Any claim filed for pre-petition arrears shall be paid through the Plan over a reasonable period of time and pro-rata with other secured creditors