UNITED STATES OF AMERICA
IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re:

VICKY SYMONS,

      Debtor.
_____/

Case No. GL 14-07070
Chapter 13
Hon. John T. Gregg
Petition Date: 11/7/14
Hearing Date: 3/20/15, 9:00 am, Lansing

## WITHDRAWAL OF UNITED STATES' OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The United States of America, on behalf of its agency, the United States Internal Revenue Service (IRS), by and through the undersigned, withdraws its objection to the confirmation of the debtor's Chapter 13 plan.

          ANDREW B. BIRGE
          First Assistant United States Attorney
          Attorney for the United States,
          Acting Under Authority Conferred
          by 28 U.S.C. §515

Dated: March 4, 2015          /S/ W. Francesca Ferguson
          W. FRANCESCA FERGUSON (P30440)
          Assistant United States Attorney
          P.O. Box 208
          Grand Rapids, MI 49501
          (616) 456-2404
          Francesca.Ferguson@usdoj.gov