## In the United States Bankruptcy Court
## Western District of Michigan

In Re:  
Vicky Symons  
1843 Stirling Ave  
Lansing Mi 48910

Chapter 13  
Case No. GL-14-07070

### Trustee's Notice of Intent to Pay Claims

Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for this case was March 12, 2015. The claims received and the court's claim register have been examined. The Trustee finds that the following claims were filed timely. The claim amount is in the "Amount" column.

This is a $38,725.52 plan, all creditors classified as an "unsecured" creditor could receive a dividend less than 100%. Changes inherent in a base plan could cause this percentage to fluctuate. Please refer to the plan for an estimated dividend.

### Filed Claims

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Barrett Law Pllc<br>6810 S Cedar St Ste 12<br>Lansing,Mi 48911 | $2,000.00 | ATTORNEY FEE<br>Acct No: XXXXXXXXXXXX |
| Bank Of America<br>Po Box 660933<br>Dallas,Tx 75266-0933 | $11,334.87 | HOME MORTGAGE ARR.<br>Acct No: XXXXXXXXXXXX5929 |
| Bank Of America<br>Po Box 660933<br>Dallas,Tx 75266-0933 | $575.00 | SECURED CREDITOR<br>Acct No: XXXXXXXXXXXX5929 |
| Jefferson Capital Systems Llc<br>Po Box 953185<br>St Louis,Mo 63195-3185 | $1,156.82 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX3111 |
| Us Department Of Education<br>National Payment Center<br>Po Box 105028<br>Atlanta,Ga 30348-5028 | $34,549.41 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX7502 |

| Cerastes Llc | $701.45 | UNSECURED CREDITOR |
| % Weinstein & Riley Ps | | Acct No: XXXXXXXXXXX7578 |
| Po Box 3978 | | |
| Seattle,Wa 98124-3978 | | |

### Creditors that will be maintained during the plan and paid beyond the plan

| Name and Address of Creditor | Monthly Payments by Trustee | Classification |
|---|---|---|
| Bank Of America<br>Po Box 660933<br>Dallas,Tx 75266-0933 | $758.96 | MORTGAGE REGULAR PAYMENT<br>Acct No:   XXXXXXXXXXX5929 |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

The debtor is hereby notified to immediately file an objection to any creditor listed, that debtor objects to being paid by the Trustee.  If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13 Plan.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors.  The Trustee will make no payments to these creditors.

### Creditor with No Claim on Record

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,Pa 19101-7317 | $0.00 | PRIORITY CREDITOR<br>Acct No:   XXXXXXXXXXX7502 |
| | | **Scheduled Amount**   $0.00 |
| Afni, Inc.<br>Attn: Bankruptcy<br>Po Box 3097<br>Bloomington Il 61702<br>Afni, 61702 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX7446<br>**Scheduled Amount**   $83.00 |
| American Profit Recovery<br>34405 West 12 Miles Road<br>#379<br>Farmington Hills Mi 48331<br>, 48331 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX4610<br>**Scheduled Amount**   $156.00 |
| Americollect Inc<br>Attn: Bankruptcy<br>Po Box 1566<br>Manitowoc Wi 54221<br>, 54221 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX0900<br>**Scheduled Amount**   $201.00 |
| Ars<br>Po Box 184<br>St. John'S Mi 48879<br>, 48879 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX4192<br>**Scheduled Amount**   $295.00 |
| Ars<br>Po Box 184<br>St. John'S Mi 48879<br>, 48879 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX9991<br>**Scheduled Amount**   $276.00 |
| Ars<br>Po Box 184<br>St. John'S Mi 48879<br>, 48879 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX5692<br>**Scheduled Amount**   $85.00 |
| Cbm Services Inc.<br>Attn: Bankruptcy Dept<br>Po Box 551<br>Midland Mi 48640<br>, 48640 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX5538<br>**Scheduled Amount**   $397.00 |
| Cbm Services Inc.<br>Attn: Bankruptcy Dept<br>Po Box 551<br>Midland Mi 48640<br>, 48640 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX2606<br>**Scheduled Amount**   $364.00 |

| | | |
|---|---|---|
| Mid Michigan Collectio<br>117 East Walker<br>Saint Johns Mi 48879<br>, 48879 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX8966 |
| | | **Scheduled Amount**   $85.00 |
| Money Recovery Nationw<br>8155 Executive Ct Ste 10<br>Lansing Mi 48917<br>, 48917 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX6726 |
| | | **Scheduled Amount**   $77.00 |
| Trott & Trott, Pc<br>31440 Northwestern Hwy<br>Suite 200<br>Farmington Mi 48334-2525<br>Trott & Trott, 48334-2525 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX5F04 |
| | | **Scheduled Amount**   $59,052.83 |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,Pa 19101-7317 | $0.00 | UNSECURED CREDITOR<br>Acct No:   XXXXXXXXXXX7502 |
| | | **Scheduled Amount**   $0.00 |

   Tax creditors have until 05/06/2015 to file a timely filed claim.  If we receive a tax claim you will receive a notice.

The Standing Chapter 13 Trustee reports that timely filed allowed claims will be included in distribution of dividends under debtor's plan.

Dated: 6/8/15                                                    /s/ Barbara P. Foley

CC:
Vicky Symons
1843 Stirling Ave
Lansing  Mi  48910


BARRETT LAW PLLC
6810 S CEDAR ST STE 12
LANSING,  MI  48911


                                        PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtor and to the Bankruptcy Court Clerk and Debtor's Attorney via ECF notice on 6/8/2015 by Myia Worthy.